No. 02–9338. SHEARIN v. TOWN OF ELSMERE, DELAWARE. Sup. Ct. Del. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02–9563. TURNER v. BARNES, JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF ARKANSAS. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 02M87. HAYES v. JACOBS ENGINEERING GROUP, INC., ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 129, Orig. VIRGINIA v. MARYLAND. Motion of the Audubon Naturalist Society for leave to file a brief as *amicus curiae* granted. Exceptions to Report of the Special Master set for oral argument in due course. [For earlier order herein, see, *e. g.,* 537 U. S. 1185.]

No. 02–1267. CHARTER COMMUNICATIONS, INC. v. SANTA CRUZ COUNTY, CALIFORNIA. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 02–6320. FELLERS v. UNITED STATES. C. A. 8th Cir. [Certiorari granted, *ante,* p. 905.] Motion for appointment of counsel granted, and it is ordered that Seth P. Waxman, Esq., of Washington, D. C., be appointed to serve as counsel for petitioner in this case.

No. 02–1459. IN RE WEIL;
No. 02–9873. IN RE BRUGGEMAN;
No. 02–9877. IN RE JERRY;
No. 02–9898. IN RE MCBRIDE;
No. 02–9916. IN RE PEDRAZA; and
No. 02–9953. IN RE CRANFORD. Petitions for writs of habeas corpus denied.